# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Leslee Calixte                          Docket No. 7:08-CR-3-2F

**Petition for Action on Supervised Release**

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leslee Calixte, who, upon an earlier plea of guilty to Knowingly Making a False Statement to a Firearms Dealer, 18 U.S.C. § 924(a)(1)(A), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 21, 2009, to the custody of the Bureau of Prisons for a term of 12 months and 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. The defendant shall not possess a firearm, destructive device or any other dangerous weapon.

5. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

6. The defendant shall provide the probation office with access to any requested financial information.

7. The defendant shall pay a special assessment of $100 and a fine of $1800.

Leslee Calixte was released from custody on August 12, 2009, to supervision in the Eastern District of New York, at which time the term of supervised release commenced. On March 23, 2010, the court modified the releasee's conditions to include home confinement with electronic monitoring for 90 days as a sanction for his failure to participate in urinalysis testing and using a controlled substance. The releasee satisfied the term of home confinement on July 12, 2010. The releasee

Leslee Calixte
Docket No. 7:08-CR-3-2F
Petition For Action
Page 2

satisfied his financial obligation in full on March 7, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the releasee's release, he has failed to secure full time employment. He currently resides with his mother, and therefore, his basic needs are met. However, his extended unemployment is of concern to the probation office. The releasee has provided evidence of his ongoing job searches, but has been unable to find a job. In view of the releasee's failure to obtain employment on his own, his probation officer is recommending his conditions be modified to include a special condition that he participate in a vocational services program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The releasee shall participate in a vocational services program as directed by the probation officer. Such program may include job readiness training and skills development training.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: (910) 815-4857
Executed On: March 15, 2011

Leslee Calixte
Docket No. 7:08-CR-3-2F
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __16th__ day of __March__, 2011, and ordered filed and made a part of the records in the above case.

_____
James C. Fox
Senior U.S. District Judge